# EXHIBIT A

# HARBOR & OCEAN SERVICES INC

Surveyors, Adjusters, Consultants
P.O. Box 1524, Palm City, Florida 34990.

Date:  07/16/2021

Case: Complaint of Terry Andrews as Owner of M/Y 13 Buttons
         1:20-cv-24046-DLG

Date of Loss: 5/7/2020

1.  I, Stewart Hutcheson, am submitting this report in connection with the above captioned case to provide my findings and analysis regarding the fire loss suffered to the M/Y 13 Buttons, which is the subject of a Limitation petition, filed by the vessel's owner Terry Andrews.

2.  I was retained in this matter by Smooth Waters Consultants and Adjusters a/s/o of Carlos Sabater to evaluate the cause of the fire loss and the extent of damages sustained by Mr. Sabater's Grady White, which was in a slip adjacent to the M/Y 13 BUTTONS at the time of the fire.

3.  I am actively employed by Harbor & Ocean Services, Inc., located in Broward County, Florida where I work as a marine surveyor.  I have worked as a marine surveyor in Broward County for 20 years and for more than 30 years overall.

4.  I regularly survey both pleasure and commercial vessels, including the style and type of the M/V 13 Buttons, a 1990 Viking motor yacht.

5.  As part of my work experience and usual duties, I regularly survey and evaluate vessel casualty incidents, including vessel losses due to fire in order to determine cause, the extent damages, the required scope of work to repair and opine on the cost of any necessary and reasonable repairs.

1

2

6. As a marine surveyor, I not only investigate marine losses, but I am also trained and charged with evaluating whether a vessel is in a fit and seaworthy condition.

7. As part of my work on this matter, I conducted an analysis of the fire event of May 7, 2020 with scene and vessel inspections, which took place on May 19, 2020 at the Crandon Park Marina where the subject loss occurred. I supplemented my scene investigation with research on prevailing wind and weather conditions as of the time of the subject fire and considered third party reports and video captured of the fire, including the Petitioner's answers to interrogatories, the report of the Miami-Dade County fire investigator, and social media video footage depicting the fire and involved vessels. I also reviewed and considered a 2018 vessel survey of M/Y 13 Buttons conducted by Randall Boiko. Lastly, I applied my 30 years of experience in vessel surveys and casualty investigations.

8. Incident Analysis: In the early morning hours of 5/7/20, a fire erupted on 13 BUTTONS moored in slip # 26 on the end of North Dock 2. Carlos Sabater's GRADY WHITE was adjacent and to the west of the 13 BUTTONS in slip #24. Radiant heat coming from 13 BUTTONS (Viking) caused severe damage to that vessel. The wind was blowing from a north, northwesterly direction when 13 BUTTONS caught ablaze.

9. Below. The T-Dock with lines indicating orientation of KON TIKI, which was located on the face dock adjacent and to the east of 13 BUTTONS. The arrow shows just the top of the wooden fender boards of the T-dock are burned. There is no evidence to show that the flames from KON TIKI travelled upwind, jumped over the four-foot wide dock and set the 13 BUTTONS ablaze.

3



10. Below. At the initial survey the M/V 13 BUTTONS still submerged in slip # 26. The majority of the fire damage is clearly in the stern quarters on 13 BUTTONS. The damage and damage patterns to both Mr. Sabater's GRADY WHITE and the KON TIKI, clearly show that the fire started on the 13 BUTTONS.



11. Below. In slip 26 the inboard fender boards are burned to the waterline. The arrow also shows the direction of the wind on the day.

3



12. Below. The pilings in slip 26 are both burned only on the inboard side. Had the fire started on the KON TIKI the left piling would have been burned on both sides.



13. Four photos below of the KON TIKI. The damage and patterns of damage are consistent with flame and radiant heat impacting and burning the starboard hull and coach. Once the upper structure caught ablaze it collapsed into itself. All patterns of damage indicate that the KON TIKI was subjected to radiant heat and wind driven flame and debris all coming from the 13 BUTTONS.

4





14.     From the evidence gathered at the joint survey, from review of available documentation, including video depicting the blaze, it is my professional opinion that the fire originated aboard the 13 BUTTONS and that the radiant heat, flame, hot ambers and other wind driven material coming from the 13 BUTTONS caused the KON TIKI to catch ablaze.

15. The GRADY WHITE belonging to Carlos Sabater was damaged by only the radiant heat coming off of M/Y 13 BUTTONS where the fire originated.

16. It is also my professional opinion that the extent of destruction by fire and the extended submersion in salt water without being promptly raised by Mr. Andrews precluded further investigation with regard to causation aboard the M/V 13 BUTTONS.

17. Nevertheless, based upon a reasonable degree of probability and applying my training, education, and expertise, the cause of the fire was due to the vessel's

5

unseaworthiness at the time of the blaze. The unseaworthiness is directly attributable to the vessel's owner Mr. Andrews. Given my 30 years of professional experience and training, an unattended vessel secured at a sheltered dock in benign conditions should not catch fire if it is in a seaworthy condition.

18. The evidence supports the above conclusion, which includes the fact that Mr. Andrews was reportedly the last individual onboard the vessel before the blaze. See Report of Lt. James M. Adams, Miami-Dade Fire Rescue. The evidence also indicates that Mr. Andrews reportedly had no other captain or crew aboard to whom he delegated any responsibility for the vessel.

19. The fire, caused by the unseaworthy condition of M/Y 13 BUTTONS, not only caused damage to Carlos Sabater's GRADY WHITE and the KON TIKI but the TENDER to 13 BUTTONS drifted away from the vessel and caused damage to other vessels as well.

20. In making my determination above, I considered any and all other potential causes and ruled them out.

21. The absence of evidence to support other causes reinforces the conclusion that cause of the fire was the unseaworthiness of M/Y 13 BUTTONS.

22. As part of my investigation, I determined the extent of damages and the scope of work required to effect repairs to Mr. Sabater's Grady White. As a professional marine surveyor, it is within my expertise to determine the scope of damages required to affect repair and make recommendations to the carrier regards the cost and reasonableness of repairs.

23. See below for the scope of work submitted to both the carriers & Mr. Sabaster.

### Immediately.

* Soft goods in forward cabin to be removed and cleaned.
* All surfaces to be wiped down.
* Air conditioning ductwork to be cleaned.
* Install an Ozone Machine for 24 hrs to eradicate all odors.
* All stainless steel grab rails, sun cloth frame must be wiped down and polished.
* Outboard covers to be removed and washed.
* Aft and forward decks to be scrubbed with soap and water.

### Yard.

* Tow to Yard.
* Haul Block and Launch.
* Erect ladder.
* Cover and protect aft decks and walkway thru cockpit.

### Canvas, upholstered bolsters seating and fenders.

* Remove Portuguese canvas and wash.
* Replace aft deck zippered cover with like and kind.
* GRADY WHITE. Remove and replace all upholstered seating and bolsters in aft deck.
* Two TAYLOR MADE fenders portside forward.

### Hardtop / Coach components.
Remove and replace the following with like and kind.
* Both SHAKESPEAR VHF radio antennas.
* KVH Tracvision TV 3 sat TV antenna.
* GARMIN xHD2 open array radar antenna
* ACR remote controlled searchlight.
* RUPP adjustable outrigger base.
* GRADY WHITE OEM windscreen wipers, forward windscreen, portside windscreen and frame, water feed nipple to port wiper, portside plastic & stainless canvas frame housing, overhead sunshade (moon roof) & Rub rail for entire vessel.

### Fiberglass Work / Painting.
* Grind back to sound substrate, laminate, fill and fair the blistered and debonded gel coat finish on.
    1) Port side lip of the hardtop.
    2) Port side of the coach.
* Sand down vessel and paint all surfaces inclusive of hardtop frames to match. Hull and deck are different colors.

7

24. Mr. Sabater elected to effect repair at Glasstech in Miami, FL.  I reviewed all invoices and provided the carrier with my professional opinion on whether the charges were loss related and fair and reasonable.

25. The cost to effect repair to Mr. Sabater's Grady White was $254,296.53 and these charges were examined and determined to be: all loss related, excluded betterment & were fair and reasonable. 13 BUTTONS directly caused all damage.

Stewart Hutcheson, Marine Surveyor.

8